# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUAN ROMERO,<br><br>  Plaintiff,<br><br> v.<br><br>BMO HARRIS BANK, N.A.,<br><br>  Defendant. | **Case No.: 1:19-cv-6733**<br><br>**Honorable John F. Kness**<br><br>**NOTICE OF SETTLEMENT** |

  **NOTICE IS HEREBY GIVEN** that Plaintiff Juan Romero and Defendant BMO Harris Bank, N.A. ("BMO"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with prejudice within the next forty-five (45) days. Plaintiff requests the Court vacate all deadlines in this matter, as to Defendant BMO. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

  Respectfully submitted this 21st day of May 2020,

                **PRICE LAW GROUP APC**

                By: /s/ *Tarek N. Chami*
                Tarek N. Chami, P76407
                22000 Michigan Ave. Suite 200
                Dearborn, MI 48124
                (P): (313) 444-5029
                (F): (888) 428-7911
                (E): tarek@chamilawpllc.com
                *Attorneys for Plaintiff Juan Romero*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Sincie Chacko*