**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JUAN ROMERO, <br><br> Plaintiff, <br><br> v. <br><br> BMO HARRIS BANK, N.A., <br><br> Defendant(s). | Case No.: 1:19-cv-6733 |

**PLAINTIFF'S STIPULATION TO VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Juan Romero and Defendant BMO Harris Bank hereby stipulate to entry of an order granting Plaintiff a voluntary dismissal of his Complaint and this cause of action in its entirety with prejudice and without assessment of costs or attorneys' fees against any party.

| **JUAN ROMERO** | **BMO HARRIS BANK N.A.** |
|---|---|
| By: /s/ *Tarek Chami* | By: /s/ *Meredith Pike* |
| Counsel for Juan Romero | Counsel for BMO Harris Bank N.A. |
| PRICE LAW GROUP APC | BMO Financial Group |
| 22000 Michigan Avenue, Suite 200 | 111 West Monroe |
| Dearborn, MI 48124 | Chicago, IL 60603 |
| (312) 444-5029 | (312) 461-5386 |
| tarek@pricelawgroup.com | Meredith.Pike@bmo.com |

11