UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Juan Romero
                Plaintiff,

v.                                                   Case No.: 1:19−cv−06733
                                                             Honorable John F. Kness

BMO Harris Bank, N.A.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 30, 2020:

      MINUTE entry before the Honorable John F. Kness: Before the Court is "Plaintiff's Stipulation to Voluntary Dismissal With Prejudice" [46], signed by both parties, in which Plaintiff states that the parties jointly stipulate to the dismissal of this action with prejudice. Accordingly, the case is dismissed with prejudice by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own fees and costs. The motions filed at [17], [25], and [38] are dismissed as moot. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.